UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:10-CR-34 |
| CHRISTOPHER COOPER, | ) ) ) |
| Defendant, | ) |

**RELEASE OF JUDGMENT LIEN**

The United States of America releases the judgment lien entered in the above-styled case in the District Court for the Eastern District of Tennessee. The United States hereby releases the Notice of Lien filed by our office on May 31, 2011 in Bedford County, Tennessee, and recorded in Lien Book L16 page 133-133.

Respectfully submitted,

NANCY STALLARD HARR
Acting United States Attorney

By: _____
ANNE-MARIE SVOLTO
BPR #025716
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, TN  37902
(865) 545-4167
Anne-Marie.Svolto@usdoj.gov

Sworn before me this 5 day of Feb_____, 2016.

_____
Notary Public

My commission expires: 7-3-2016



CERTIFICATE OF SERVICE

    I, hereby certify that on ___Feb___ 5, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

/s/ Anne-Marie Svolto
Anne-Marie Svolto
Assistant United States Attorney